**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00092-APG-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **Motion to Dismiss the Indictment and Quash the Arrest Warrant** |
| RAUL SOTO-MEJIA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Raul Soto-Mejia.

TODD BLANCHE
Acting Attorney General

*s/Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Raul Soto-Mejia, it is hereby ordered that the warrant for his arrest, issued in connection with the indictment, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the criminal indictment, be unsealed.

DATED this 1st day of June, 2026.

ANDREW P. GORDON
CHIEF, U.S. DISTRICT JUDGE

1